# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Lauren M Hughes | ) | Chapter 13 |
|        Kevin S Hughes | ) | Case No. 16 B 11012 |
|        Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Lauren M Hughes  
Kevin S Hughes  
5915 N Bernard St Unit 3  
Chicago, IL  60659

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

On August 26, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 719  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, August 7, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On March 31, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 25, 2016, for a term of 60 months with payments of $455.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 41 | $19,121.00 | $17,756.00 | $1,365.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 08/06/2019  
Due Each Month: $455.00  
Next Pymt Due: 08/30/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/13/2018 | 5228818000 | $455.00 | 09/13/2018 | 5228818003Other | $225.00 |
| 10/22/2018 | 5329808000 | $455.00 | 12/20/2018 | 5480170000 | $455.00 |
| 12/20/2018 | 5480170003Other | $455.00 | 02/20/2019 | 5635691000 | $455.00 |
| 02/20/2019 | 5635691003Other | $100.00 | 03/04/2019 | 5672726000 | $455.00 |
| 03/04/2019 | 5672726003Other | $110.00 | 03/21/2019 | 5718738000 | $455.00 |
| 05/08/2019 | 5848039000 | $455.00 | 06/03/2019 | 5911096000 | $455.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE