# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Lauren M Hughes | ) | Chapter 13 |
| Kevin S Hughes | ) | Case No. 16 B 11012 |
| Debtor(s) | ) | Judge David D. Cleary |

## Notice of Motion

Lauren M Hughes
Kevin S Hughes
3857 N Parkway Dr 1G
Northbrook, IL  60062

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On March 16, 2020 at  9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, March 4, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On March 31, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 25, 2016, for a term of 60 months with payments of $455.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 48 | $22,306.00 | $21,086.00 | $1,220.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 03/03/2020
Due Each Month: $455.00
Next Pymt Due: 03/30/2020

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 02/20/2019 | 5635691000 | $455.00 | 02/20/2019 | 5635691003Other | $100.00 |
| 03/04/2019 | 5672726000 | $455.00 | 03/04/2019 | 5672726003Other | $110.00 |
| 03/21/2019 | 5718738000 | $455.00 | 05/08/2019 | 5848039000 | $455.00 |
| 06/03/2019 | 5911096000 | $455.00 | 08/19/2019 | 6105902000 | $455.00 |
| 08/19/2019 | 6105902003Other | $50.00 | 09/23/2019 | 9098733570 | $1,770.00 |
| 11/11/2019 | 6322198000 | $455.00 | 12/30/2019 | 6439274000 | $600.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE