IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:** **Lauren Hughes** **Kevin Hughes** Debtor(s), | ) ) ) ) ) | Case 16-11012 **Judge David D. Cleary** |

*Notice of Objection*

The Trustee objects to the Motion to Debtor's motion to modify plan

                                          Marilyn O. Marshall,
                                          Standing Trustee

                                          /s/ Yanick Polycarpe
                                          By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532