# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Lauren M Hughes | ) | Chapter 13 |
| Kevin S Hughes | ) | Case No. 16 B 11012 |
| Debtor(s) | ) | Judge David D. Cleary |

## Notice of Motion/Certificate of Service

Lauren M Hughes  
Kevin S Hughes  
3857 N Parkway Dr 1G  
Northbrook, IL  60062

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

On October 05, 2020 at  1:00 pm, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, September 23, 2020.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss for Material Default

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed pursuant to 11 U.S. C. §1307(c), and in support thereof respectfully states the following:

1.  The Debtors filed for Chapter 13 relief on March 31, 2016.
2.  The Debtors' plan was Confirmed on May 25, 2016.

3. The Debtors' confirmed plan requires the debtor to submit tax returns and refunds to the Trustee starting with tax year 2016.
4. The Debtors have failed to tender either the 2019 tax return(s) or refund.
5. The failure to tender the tax return and refund constitutes a material default of the Debtors' confirmed plan.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE